If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

TDCJ-ID does not pay for Hygeine; or for Labor; Cash Money;

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☒   No ☐   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.
   $700

CAB-98-13

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.
   NA

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   NA

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/14/98
           (Date)

x _____
     Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

United States District Court
Southern District of Texas
FILED
AUG 19 1998
Michael N. Milby
Clerk of Court

I further certify that during the last six months the applicant's average balance was $ _____ AUG 19 1998

_____
Authorized Officer of Institution

Southern District of Texas
ENTERED
AUG 19 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER OF COURT

The application is hereby denied

_____   _____
United States Judge        Date

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____   Aug 19, 1998
United States Judge        Date
or Magistrate