lmv

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
MARIO N. PEDRAZA           *
                           *
     VS                    *    C.A. B98 013
                           *
CHAPMAN L. SMITH, Warden   *
```

United States District Court
Southern District of Texas
ENTERED
OCT 15 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

## O R D E R

Plaintiff, a prisoner proceeding *pro se*, has filed this civil rights action under 42 U.S.C. § 1983 in the Brownsville Division of the Southern District of Texas. The incident that forms the basis of this action appears to have taken place at the Lynaugh Unit. Lynaugh Unit is located in the El Paso Division of the Western District of Texas.

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, it is hereby **ORDERED** that this case be transferred to the United States District Court for the Western District of Texas, El Paso Division, pursuant to 28 U.S.C. §§ 1391(b), 1404(a).

DONE at Brownsville, Texas, this 14th day of October, 1998.

John Wm. Black
United States Magistrate Judge